# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ANDREW WALKER                                                                              PLAINTIFF
ADC# 118512

V.                          CASE NO. 5:16-CV-164-DPM-BD

D. PAYNE, et al.                                                                          DEFENDANTS

## ORDER

On May 27, 2016, Plaintiff Andrew Walker, an Arkansas Department of Correction ("ADC") inmate, filed this action without the help of a lawyer under 42 U.S.C. § 1983, alleging deliberate-indifference which led to his slip and fall on icy ground. (Docket entry #2)  Pursuant to this Court's order of June 3, 2016, Mr. Walker filed his amended complaint on July 5, 2016.  (#6)  On July 28, 2016, Mr. Walker filed a motion to dismiss this lawsuit.   For good cause shown, that request is GRANTED.  Mr. Walker's claims against Defendants are DISMISSED, without prejudice.

IT IS SO ORDERED, this 1st day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE