**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**ANDREW WALKER**                                                                 **PLAINTIFF**
**ADC# 118512**

**V.**                          **CASE NO. 5:16-CV-164-DPM-BD**

**D. PAYNE, et al.**                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case

without prejudice; the relief sought is denied.

DATED this 1st day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE