# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANDREW WALKER
ADC # 118512                                                              PLAINTIFF

v.                          No. 5:16-cv-164-DPM-BD

D. PAYNE, Employee, ADC; M. JONES,
Doctor, CCS; J. HENDERSON, Sergeant,
Wrightsville Unit, ADC; S. COCKRELL,
Sergeant, Wrightsville Unit, ADC; and
CORRECTIONAL CARE SOLUTIONS,
also known as CCS Inc.                                                    DEFENDANTS

## ORDER

Unopposed partial recommendation, № 43, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Walker's claims against Payne are dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 December 2017