# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ANDREW WALKER**
**ADC # 118512**                                                           **PLAINTIFF**

v.                           No. 5:16-cv-164-DPM-BD

**M. JONES, Doctor, CCS; J. HENDERSON,**
**Sergeant, Wrightsville Unit, ADC;**
**S. COCKRELL, Sergeant, Wrightsville**
**Unit, ADC; and CORRECTIONAL**
**CARE SOLUTIONS, also known as CCS Inc.**                **DEFENDANTS**

## ORDER

Unopposed partial recommendation, № 55, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The motion to dismiss, № 49, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 January 2018