# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANDREW WALKER**
**ADC # 118512**                                                          **PLAINTIFF**

v.                          No. 5:16-cv-164-DPM-BD

**MELANIE JONES, Doctor, CCS;**
**JOHN L. HENDERSON, Sergeant,**
**Wrightsville Unit, ADC; STEPHEN**
**M. COCKRELL, Sergeant, Wrightsville**
**Unit, ADC; and CORRECTIONAL**
**CARE SOLUTIONS, also known as CCS Inc.**         **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts the partial recommendation, № 85, and overrules Walker's objections, № 92. FED. R. CIV. P. 72(b)(3). CCS and Jones's motion for summary judgment, № 62, is granted. Walker's claims against them are dismissed without prejudice for failure to exhaust. Henderson and Cockrell's motion for summary judgment, № 75, is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 May 2018