# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANDREW WALKER
ADC # 118512                                                         PLAINTIFF

v.                       No. 5:16-cv-164-DPM

JOHN L. HENDERSON, Sergeant,
Wrightsville Unit, ADC; and
STEPHEN M. COCKRELL, Sergeant,
Wrightsville Unit, ADC                                               DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's careful recommendation, № 126, and overrules Walker's objections, № 130. FED. R. CIV. P. 72(b)(3). Taken in the light most favorable to Walker, the record doesn't show the deliberate indifference necessary to hold Henderson and Cockrell liable. Their motion for summary judgment, № 113, is therefore granted; and Walker's motion for judgment on the pleadings, № 131, is denied. Walker's claims against Henderson and Cockrell will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2019