IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDREW WALKER
ADC # 118512                                                              PLAINTIFF

v.                              No. 5:16-cv-164-DPM

D. PAYNE, Employee, ADC, *et al.*                                        DEFENDANTS

## JUDGMENT

Walker's official capacity claims, his claims against the ADC, and his deliberate indifference claims against Henderson and Cockrell are dismissed with prejudice. All other claims are dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 February 2019